William E. Miller, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA DISTRICT OF PENNSYLVANIA
### (PITTSBURGH)

| | |
|---|---|
| In Re:<br>　　William J. Borlak<br>　　　　Debtor(s)<br>--------------------------------------------<br>Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R1, by its servicer Ocwen Loan Servicing, LLC<br>　　　　Movant<br><br>William J. Borlak<br><br>Rosemary C. Crawford<br>　　　　Respondent(s). | Chapter No. 7<br><br>Case Number: 15-23207-JAD<br><br>Related Doc: 84 |

## NOTICE OF HEARING WITH RESPONSE DEADLINE
## ON MOTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R1, BY ITS SERVICER OCWEN LOAN SERVICING, LLC FOR RELIEF REQUESTED

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than August 1, 2016 (ie. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

      A hearing will be scheduled on August 9, 2016, at 10:00 AM before Judge Deller in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

                                                STERN & EISENBERG, PC

                                                By: /s/ William E. Miller, Esq.
                                                William E. Miller, Esq.,
                                                1581 Main Street, Suite 200
                                                The Shops at Valley Square
                                                Warrington, PA 18976
                                                Phone: (215) 572-8111
                                                Fax: (215) 572-5025
                                                Bar Number: 308951
                                                Email: wmiller@sterneisenberg.com

Date: July 15, 2016