# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA DISTRICT OF PENNSYLVANIA
### (PITTSBURGH)

| | |
|---|---|
| In Re:<br>　　　William J. Borlak<br>　　　　　　Debtor(s)<br>-------------------------------------------<br>Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R1, by its servicer Ocwen Loan Servicing, LLC<br>　　　　　　Movant<br><br>William J. Borlak<br><br>Rosemary C. Crawford<br>　　　　　　Respondent(s). | Chapter No. 7<br><br>Case Number: 15-23207-JAD<br><br>Related Doc: 84, 86 |

## **CERTIFICATE OF SERVICE OF MOTION FOR RELIEF AND NOTICE OF HEARING**

　　　I, the undersigned, hereby certify that a true and correct copy of the within Motion for Relief From Automatic Stay Under 11 USC §362, together with Order, Notice and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail on the date set forth below.

William J. Borlak
1349 Fourth Avenue
Coraopolis, PA 15108

Rosemary C. Crawford
P.O. Box 355
Allison Park, PA 15101

Max C. Feldman
1322 Fifth Avenue
Coraopolis, PA 15108

　　　　　　　　　　　　　　　　　　　　Stern & Eisenberg, PC

　　　　　　　　　　　　　　　　　　　　By: /s/ William E. Miller, Esq.
　　　　　　　　　　　　　　　　　　　　William E. Miller, Esq.,
　　　　　　　　　　　　　　　　　　　　1581 Main Street, Suite 200
　　　　　　　　　　　　　　　　　　　　The Shops at Valley Square
　　　　　　　　　　　　　　　　　　　　Warrington, PA 18976
　　　　　　　　　　　　　　　　　　　　Phone: (215) 572-8111
　　　　　　　　　　　　　　　　　　　　Fax: (215) 572-5025
　　　　　　　　　　　　　　　　　　　　Bar Number: 308951
Date: July 15, 2016　　　　　　　　　　　Email: wmiller@sterneisenberg.com