William E. Miller, Esq.
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA DISTRICT OF PENNSYLVANIA
## (PITTSBURGH)

| | |
|---|---|
| In Re:<br>    William J Borlak<br>        Debtor(s)<br>---------------------------------------<br>Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-R1, by its servicer Ocwen Loan Servicing, LLC<br>            Movant<br><br>v.<br><br>William J Borlak<br><br>Rosemary C. Crawford<br>        Respondent(s) | Chapter 7<br><br>Case Number: 15-23207-JAD<br><br>Related Doc:88, 90 |

### CERTIFICATE OF SERVICE OF MOTION FOR RELIEF AND NOTICE OF HEARING

I, the undersigned, hereby certify that a true and correct copy of the within Motion for Relief From Automatic Stay Under 11 USC §362 together with Order, Notice and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail on the date set forth below.

William J Borlak
1349 Fourth Avenue
Coraopolis, PA 15108

Rosemary C. Crawford
P.O. Box 355
Allison Park, PA 15101

Max C. Feldman
1322 Fifth Avenue
Coraopolis, PA 15108

                    Respectfully Submitted:

                    Stern & Eisenberg, PC

                    By: /s/ William E. Miller, Esq.
                    William E. Miller, Esq.,
                    1581 Main Street, Suite 200
                    The Shops at Valley Square
                    Warrington, PA 18976
                    Phone: (215) 572-8111
                    Fax: (215) 572-5025
                    Bar Number: 308951
                    Email: wmiller@sterneisenberg.com

Date: July 15, 2016