# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** ) | Bankruptcy No. 15-23207-JAD |
| **WILLIAM J. BORLAK** ) | |
| ) | Chapter 13 |
| **Debtor** ) | |

## DEBTOR'S RULE 1019 REPORT

**AND NOW**, come the Debtor, William J. Borlak, by and through his attorney, Max Feldman, Esquire and sets forth the following in support of his Rule 1019 Report:

Rule 1019(5)(B)(i) Conversion of Chapter 13 case;

SCHEDULE OF UNPAID DEBTS INCURRED AFTER THE FILING OF THE PETITION BUT BEFORE THE CONVERSION OF THE CASE:

**NONE**

Date:  7-19-2016                                                                                          Respectfully submitted,

/s/ Max Feldman
Max Feldman, Esquire
Attorney for Debtor
1322 Fifth Avenue
Coraopolis, PA  15108
Telephone:  412.262.6181
Facsimile:  412.262.6344
PA I.D. # 56429