**Fill in this information to identify your case:**

Debtor 1    William John Borlak
             First Name              Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name              Last Name

United States Bankruptcy Court for the:    Western District Of Pennsylvania

Case number    15-23207
(If known)

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **List Your Creditors Who Hold Secured Claims** |
|---|---|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:    See Attachment 1<br><br>Description of property securing debt:    Four Family Unit Building 730 California Ave Pittsburgh, PA 15202 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☒ No<br>☐ Yes |
| Creditor's name:    Enterprise Bank<br><br>Description of property securing debt:    1349 4th Avenue Coraopolis, PA 15108 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☒ No<br>☐ Yes |
| Creditor's name:    Ocwen Loan Servicing<br><br>Description of property securing debt:    1356 4th Avenue Coraopolis, PA 15108 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☒ No<br>☐ Yes |
| Creditor's name:    Ocwen Loan Servicing<br><br>Description of property securing debt:    734 California Avenue Pittsburgh, PA 15202 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☒ No<br>☐ Yes |

Your name   William John Borlak
            First Name        Middle Name            Last Name

Case number *(If known)* 15-23207

---

| **Part 2:** | **List Your Unexpired Personal Property Leases** |

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |

---

| **Part 3:** | **Sign Below** |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✖ s/William John Borlak
Signature of Debtor 1

✖
Signature of Debtor 2

Date 07/19/2016
     MM / DD / YYYY

Date
     MM / DD / YYYY

Attachment
Debtor: William John Borlak       Case No: 15-23207

Attachment 1

JPMC Specialty Mortgage LLC f/k/a WM Specialty Mortgage LLC

Attachment 2: Additional Secured Claims

Creditor's name: Ocwen Loan Servicing
Description of property securing debt: 116 44th Street
Pittsburgh, PA  15201
Property will be: Retained and Reaffirmed