**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

WILLIAM J BORLAK

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:15-23207 JAD

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 09/03/2015 and confirmed on 01/01/1900. The case was subsequently (F)CONVERTED BEFORE CONFIRMATION FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 19,500.00 |
| Less Refunds to Debtor | 3,905.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 15,595.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 166.07 | |
|   Trustee Fee | 624.00 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 790.07 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| JPMC SPECIALTY MORTGAGE LLC | 0.00 | 5,761.78 | 0.00 | 5,761.78 |
|   Acct: 9487 | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - T | 0.00 | 2,831.38 | 0.00 | 2,831.38 |
|   Acct: 0582 | | | | |
| ENTERPRISE BANK | 0.00 | 2,442.63 | 0.00 | 2,442.63 |
|   Acct: 7028 | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - T | 0.00 | 2,147.85 | 0.00 | 2,147.85 |
|   Acct: 1206 | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 1,621.29 | 0.00 | 1,621.29 |
|   Acct: 4347 | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - T | 11,155.48 | 0.00 | 0.00 | 0.00 |
|   Acct: 0582 | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 8,267.56 | 0.00 | 0.00 | 0.00 |
|   Acct: 4347 | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - T | 8,125.79 | 0.00 | 0.00 | 0.00 |
|   Acct: 1206 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 579.90 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXX1;13 | | | | |

| 15-23207 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Secured | | | | | |
| | COUNTY OF ALLEGHENY (R/E TAX)* | 58.09 | 0.00 | 0.00 | 0.00 |
| | Acct: 9D41 | | | | |
| | COUNTY OF ALLEGHENY (R/E TAX)* | 2,675.27 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXX9-15 | | | | |
| | COUNTY OF ALLEGHENY (R/E TAX)* | 1,348.29 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXX INT | | | | |
| | PITTSBURGH WATER & SEWER AUTH* | 683.94 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXX8-09 | | | | |
| | PITTSBURGH WATER & SEWER AUTH* | 403.82 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXX INT | | | | |
| | AVALON BOROUGH (SWG) | 3,840.34 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXX3,15 | | | | |
| | AVALON BOROUGH (SWG) | 1,273.56 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXX INT | | | | |
| | AVALON BOROUGH (SWG) | 4,874.62 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXX3,15 | | | | |
| | AVALON BOROUGH (SWG) | 1,397.30 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXX INT | | | | |
| | AVALON BOROUGH (TRASH) | 1,025.93 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXX9-11 | | | | |
| | AVALON BOROUGH (TRASH) | 496.06 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXX INT | | | | |
| | AVALON BOROUGH (RE TAX) | 332.82 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXX1;13 | | | | |
| | AVALON BOROUGH (RE TAX) | 46.72 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXX INT | | | | |
| | AVALON BOROUGH (RE TAX) | 827.95 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXX3;08 | | | | |
| | AVALON BOROUGH (RE TAX) | 820.62 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXX INT | | | | |
| | CORNELL SD (CORAOPOLIS) (RE)** | 1,928.07 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXX2;15 | | | | |
| | CORNELL SD (CORAOPOLIS) (RE)** | 192.81 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXX INT | | | | |
| | CORAOPOLIS BOROUGH (RE)** | 1,033.75 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXX2;15 | | | | |
| | CORAOPOLIS BOROUGH (RE)** | 103.38 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXX INT | | | | |
| | | | | | 14,804.93 |
| Priority | | | | | |
| | MAX C FELDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WILLIAM J BORLAK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WILLIAM J BORLAK | 3,905.00 | 3,905.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MAX C FELDMAN ESQ | 1,900.00 | 166.07 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DEUTSCHE BANK NATIONAL TRUST CO - T | 400.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0582 | | | | |
| | BANK OF NEW YORK MELLON - TRUSTEE | 500.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4347 | | | | |
| | DEUTSCHE BANK NATIONAL TRUST CO - T | 500.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1206 | | | | |
| | * * * N O N E * * * | | | | |
| Unsecured | | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 4,510.59 | 0.00 | 0.00 | 0.00 |

| 15-23207 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: | | | | |
| | CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: AO | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 37 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 49 | | | | |
| | FIRST NATIONAL BANK OF OMAHA(*) | 358.48 | 0.00 | 0.00 | 0.00 |
| | Acct: 2006 | | | | |
| | AMERICAN EXPRESS | 26,916.66 | 0.00 | 0.00 | 0.00 |
| | Acct: 1003 | | | | |
| | LVNV FUNDING LLC | 4,987.29 | 0.00 | 0.00 | 0.00 |
| | Acct: 3054 | | | | |
| | PYOD LLC | 4,262.28 | 0.00 | 0.00 | 0.00 |
| | Acct: 9032 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXPRAE | | | | |
| | JEFFREY HUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY HUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY HUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY HUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY HUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                           14,804.93

TOTAL CLAIMED
PRIORITY            1,400.00
SECURED            51,492.07
UNSECURED       41.035.30

Date: 07/28/2016

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com