# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: William J. Borlak**<br>　　　　　　　　**Debtor**<br><br>**JPMC Specialty Mortgage LLC**<br>　　　　　　　　**Movant**<br>　　vs.<br><br>**William J. Borlak**<br>　　　　　　　　**Respondent**<br><br>**Ronda J. Winnecour**, **(Trustee)**<br>　　　　　　　　**Additional Respondent** | **BK NO. 15-23207 JAD**<br><br>**Chapter 7**<br><br>**Related to Document No. 96 & 98**<br><br>**Hearing Date: 09/06/2016**<br><br>**Hearing Time: 10:00 a.m.**<br><br>**Objection Deadline: August 14, 2016** |

## CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Joshua I. Goldman, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 28, 2016, I served the above captioned pleading, along with the Motion filed in the proceeding on the parties at the addresses shown below;

Debtor
William J. Borlak
294 Reichold Avenue
Wexford, PA 15090

Attorney for Debtor
Max C. Feldman, Esq.
1322 Fifth Avenue
Coraopolis, PA 15108
mcfeldman@verizon.net

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Method of Service: electronic means or first class mail

Dated: July 28, 2016

　　　　　　　　　　　　　　　　　　　　　　**/s/ Joshua I. Goldman, Esquire____**
　　　　　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　　　　　jgoldman@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 205047
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15276
　　　　　　　　　　　　　　　　　　　　　　Phone: 215-825-6311, Fax: 215-825-6411
　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant