# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William J. Borlak<br>　　　　　　　　　　　Debtor(s) | |
| | BK. NO. 15-23207 JAD |
| JPMC Specialty Mortgage LLC<br>　　　　　　　　　　　Movant<br>　　　v.<br>William J. Borlak<br>　　　　　　　　　　　Respondent<br>　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　　　　　　　Additional Respondent | CHAPTER 7<br><br>MOTION NO.<br>FILED UNDER LOCAL BANKRUPTCY<br>RULE 9013.4 SECTION 6(a) |

## WAIVER OF 11 U.S.C. SECTION 362(e)

**TO THE COURT:**

　　　　The Moving Party hereby waives its rights under Section 362(e) for a hearing to be held within thirty (30) days.

　　　　　　　　　　　　　　　　　　　　**/s/ Joshua I. Goldman, Esquire**
　　　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　　　jgoldman@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 205047
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　Phone: 215-825-6306, Fax: 215-825-6406
　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

Date: July 28, 2016