PAWB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-23207-JAD |
| WILLIAM J. BORLAK | : | Chapter 7 |
| Debtor | : | |
| | : | |
| DEUTSCH BANK NATIONAL TRUST | : | |
| | : | |
| Movant | : | |
| | : | Hearing Date:  August 9, 2016 at |
| v. | : | 10:00 am |
| | : | |
| WILLIAM BORLAK, Debtor and | : | |
| ROSEMARY CRAWFORD, Chapter 7 Trustee | : | |

**CERTIFICATE OF SERVICE OF RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY FOR PROPERTY LOCATED AT 734 CALIFORNIA AVENUE, PITTSBURGH, PA 15202**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 1, 2016.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail.

U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

William E. Miller, Esquire
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA  18976

Rosemary Crawford, Esquire
Crawford McDonald, LLC
PO Box 355
Allison Park, PA  15101

Mr. William Borlak
1349 Fourth Avenue
Coraopolis, PA  15108

EXECUTED ON: 8-1-16

By:  /s/ Max Feldman
Max Feldman, Esquire
1322 Fifth Avenue
Coraopolis, PA  15108
412-262-6181
PA. I.D. 56429
mcfeldman@verizon.net