# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

**Debtor:** WILLIAM J BORLAK
**Case Number:** 15-23207-JAD    **Chapter:** 7

**Date / Time / Room:** TUESDAY, AUGUST 09, 2016 10:00 AM  COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** JEFF FURIS
**Reporter / ECR:** N/A

## *Matter:*

Motion For Relief From The Automatic Stay Under 11 U.S.C. § 362(d) ( and 11 USC § 1301) With Respect To Property : 1166 44th Street, Pittsburgh, PA 15201 filed by Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asse-Backed Pass-Through Certificates, Series 2005-R1, by its serrvicer Ocwen Loan Servicing, LLC
- Response Filed by Debtor on 8/1/2016 at Doc. # 102  [Due 8/1/2016]
R / M #:  84 / 0

## *Appearances:*

CHAPTER 7 TRUSTEE:  Rosemary C. Crawford, Esq.
DEBTOR(S):  Max C. Feldman, Esq.
CREDITOR(S):  ~~William E. Miller, Esq.~~  *Pavluvcil* (handwritten)
CREDITOR(S):

## *Proceedings:*

__✓__ Motion is GRANTED  /  ____ DENIED
____ Special Type Of Order:
____ CONTINUE MATTER:
    ____ For At Least ____ Days (Court To Issue Scheduling Order)
    ____ To Hearing Date Of _____ at ____ AM/PM at _____
    ____ To Conciliation Conference For _____ at ____ AM/PM at _____
____ ISSUE EVIDENTIARY HEARING NOTICE
    ____ Evidentiary Hearing On Value And Cram-Down Interest
    ____ Complex / Pretrial Order - NONJURY  /  JURY
    ____ Simple / Pretrial Order - NONJURY  /  JURY
    ____ Parties To Undertake Discovery - Discovery Period: ____ days
____ SETTLEMENT STIPULATION IS DUE _____
____ OTHER:

- modified o/e 8/9/2016 granting motion

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
8/9/16 11:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA