UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

*Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | WILLIAM J BORLAK |
| Case Number: | 15-23207-JAD        Chapter: 7 |
| Date / Time / Room: | TUESDAY, AUGUST 09, 2016  10:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | JEFF FURIS |
| Reporter / ECR: | N/A |

*Matter:*

Motion For Relief From The Automatic Stay Under 11 U.S. C § (d) With Respect To Property: 734 California Ave., Pittsburgh PA 15202 filed by Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asse-Backed Pass-Through Certificates, Series 2006-R1, by its servicer Ocwen Loan Servicing, LLC
- Response Filed by Debtor on 8/1/2016 at Doc. # 101  [Due 8/1/2016]
R / M #:   88 / 0

*Appearances:*

CHAPTER 7 TRUSTEE:  Rosemary C. Crawford, Esq.
DEBTOR(S):  Max C. Feldman, Esq.
CREDITOR(S): ~~William E. Miller, Esq.~~ Paul [illegible]
CREDITOR(S):

*Proceedings:*

✓ Motion is GRANTED / DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
       ___ For At Least ___ Days (Court To Issue Scheduling Order)
       ___ To Hearing Date Of _____ at _____ AM/PM at
       ___ To Conciliation Conference For _____ at
              _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
       ___ Evidentiary Hearing On Value And Cram-Down Interest
       ___ Complex / Pretrial Order - NONJURY / JURY
       ___ Simple / Pretrial Order - NONJURY / JURY
       ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

- modified o/e 8/9/2016 granting motion

FILED
8/9/16 11:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge