WILLIAM E. MILLER, ESQ.
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| In Re:<br>    William J. Borlak<br>         Debtor(s)<br>--------------------------------------------<br>Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R1, by its servicer Ocwen Loan Servicing, LLC<br>         Movant<br>William J. Borlak<br><br>Rosemary C. Crawford<br>         Respondent(s). | Chapter No. 7<br><br>Case Number: 15-23207-JAD<br><br>Related Doc: 84 |

### ORDER

AND NOW, this _9th_ day of _August_, 2016, upon the motion of Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R1, by its servicer Ocwen Loan Servicing, LLC ("Deutsche Bank National Trust Company, as Trustee ") and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Deutsche Bank National Trust Company, as Trustee (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  116 44TH STREET, PITTSBURGH, PA 15201

It is further ORDERED and DECREED that the ~~14-day stay pursuant to BKRP 4001(a)(3)~~ is ~~hereby waived.~~ the effectiveness of this Order is stayed until October 9, 2016.

BY THE COURT:

_[signature]_

UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
8/9/16 11:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William J Borlak  
    Debtor

Case No. 15-23207-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Aug 09, 2016  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2016.  
db          +William J Borlak,   1349 Fourth Avenue,   Coraopolis, PA 15108-1619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2016                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2016 at the address(es) listed below:

        Andrew F Gornall    on behalf of Creditor    JPMC Specialty Mortgage LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        David Neeren    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for dneeren@udren.com,   vbarber@udren.com  
        Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com  
        Jeffrey R. Hunt    on behalf of Creditor    Cornell School District jhunt@grblaw.com, cnoroski@grblaw.com  
        Jeffrey R. Hunt    on behalf of Creditor    Borough of Avalon jhunt@grblaw.com,   cnoroski@grblaw.com  
        Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com  
        Jeffrey R. Hunt    on behalf of Creditor    Borough of Coraopolis jhunt@grblaw.com, cnoroski@grblaw.com  
        Joseph A. Fidler    on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com  
        Max C. Feldman    on behalf of Debtor William J Borlak mcfeldman@verizon.net  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS -THROUGH CERTIFICATES, SERIES 2005-R1 pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
        Peter J. Ashcroft    on behalf of Creditor    Ocwen Loan Servicing, LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
        Rosemary C. Crawford    crawfordmcdonald@aol.com,   PA68@ecfcbis.com  
        William E. Miller    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS -THROUGH CERTIFICATES, SERIES 2005-R1 wmiller@sterneisenberg.com, nmiller@sterneisenberg.com  
        William E. Miller    on behalf of Creditor    Deutsche Bank National Association, et al., by its servicer Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,   nmiller@sterneisenberg.com  
                                                                                                    TOTAL: 16