IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA DISTRICT OF PENNSYLVANIA
(PITTSBURGH)

| | |
|---|---|
| In Re:<br>    William J Borlak<br>        Debtor(s)<br>----------------------------------------<br>Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-R1, by its servicer Ocwen Loan Servicing, LLC<br>        Movant<br><br>v.<br>William J Borlak<br><br>Rosemary C. Crawford<br>        Respondent(s) | Chapter 7<br><br>Case Number: 15-23207-JAD<br><br>Related Doc: 88 |

## ORDER

AND NOW, this ___9th___ day of ___August___, 2016, upon the motion of Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-R1, by its servicer Ocwen Loan Servicing, LLC ("Deutsche Bank National Trust Company, as Trustee") and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Deutsche Bank National Trust Company, as Trustee (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 734 CALIFORNIA AVENUE, PITTSBURGH, PA 15202

It is further ORDERED and DECREED that the ~~14-day stay pursuant to BKRP 4001(a)(3)~~ is ~~hereby waived.~~ effectiveness of this Order is stayed until October 9, 2016

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE
**Jeffery A. Deller**

FILED
8/9/16 11:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William J Borlak  
    Debtor

Case No. 15-23207-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut    Page 1 of 1    Date Rcvd: Aug 09, 2016  
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2016.  
db    +William J Borlak,   1349 Fourth Avenue,   Coraopolis, PA 15108-1619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2016    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2016 at the address(es) listed below:

    Andrew F Gornall   on behalf of Creditor   JPMC Specialty Mortgage LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
    David Neeren   on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for dneeren@udren.com, vbarber@udren.com  
    Jeffrey R. Hunt   on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com  
    Jeffrey R. Hunt   on behalf of Creditor   Cornell School District jhunt@grblaw.com, cnoroski@grblaw.com  
    Jeffrey R. Hunt   on behalf of Creditor   Borough of Avalon jhunt@grblaw.com, cnoroski@grblaw.com  
    Jeffrey R. Hunt   on behalf of Creditor   Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com  
    Jeffrey R. Hunt   on behalf of Creditor   Borough of Coraopolis jhunt@grblaw.com, cnoroski@grblaw.com  
    Joseph A. Fidler   on behalf of Creditor   Enterprise Bank jfidler@enterprisebankpgh.com  
    Max C. Feldman   on behalf of Debtor William J Borlak mcfeldman@verizon.net  
    Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
    Peter J. Ashcroft   on behalf of Creditor   OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R1 pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
    Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
    Peter J. Ashcroft   on behalf of Creditor   Ocwen Loan Servicing, LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
    Rosemary C. Crawford   crawfordmcdonald@aol.com, PA68@ecfcbis.com  
    William E. Miller   on behalf of Creditor   OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R1 wmiller@sterneisenberg.com, nmiller@sterneisenberg.com  
    William E. Miller   on behalf of Creditor   Deutsche Bank National Association, et al., by its servicer Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, nmiller@sterneisenberg.com  
    TOTAL: 16