# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William J Borlak<br>Debtor(s) | BANKRUPTCY NO. 15-23207-JAD<br>CHAPTER 7 |
| Ocwen Loan Servicing, LLC as servicer for The Bank of New York Mellon Trust Company, N.A. as successor in interest to all permitted successors and assigns of The JPMorgan Chase Bank, as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2003-BC4<br>　　　　　　　Movant<br>　vs.<br>William J Borlak<br>　　　Debtor(s)<br>　and<br>Rosemary C. Crawford, Esquire<br>　　　Trustee<br>　　　　　Respondents | DOCKET NO. |

**NOTICE OF HEARING WITH RESPONSE DEADLINE
ON MOTION OF OCWEN LOAN SERVICING, LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS SUCCESSOR IN INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF THE JPMORGAN CHASE BANK, AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2003-BC4 FOR RELIEF FROM AUTOMATIC STAY**

TO THE RESPONDENTS (S):

　　　You are hereby notified that the above Movant seeks an order affecting your rights or property.

　　　You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than September 3, 2016, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on September 13, 2016, at 10:00am before Judge Jeffery A. Deller, Courtroom D, U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a response.

Date of service: August 17, 2016

  /s/ Elizabeth Wassall
Elizabeth Wassall, Esquire (PA Atty. I.D. # 77788)
UDREN LAW OFFICES, P.C.
Woodcrest Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, NJ  08003-3620
(856) 669-5400
ewassall@udren.com