**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)**

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY NO. 15-23207-JAD |
| | ) | |
| WILLIAM J. BORLAK | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Document No. |
| | ) | |
| Ocwen Loan Servicing, LLC as servicer For The Bank of New York Mellon Trust Company, N.A. as successor in Interest to all permitted successors and Assigns of The JPMorgan Chase Bank, as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2003-BC4 | ) | Hearing: September 13, 2016 at 10:00 am |
| | ) | |
| | ) | ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY |
| Movant | ) | |
| vs. | ) | |
| WILLIAM J. BORLAK, Debtor and ROSEMARY CRAWFORD, Chapter 7 TRUSTEE, | ) | |
| Respondents. | ) | |

**ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, comes the debtor, William J. Borlak, by and through his attorney, Max Feldman, Esquire, answer and files the following to movant's motion for Relief from Automatic Stay as follows:

1. Paragraph One of movant's motion is admitted.

2. Paragraph Two of movant's motion is admitted.

3. Paragraph Three of movant's motion is admitted.

4. Paragraph Four of movant's motion is denied. Upon reasonable investigation debtor is without knowledge or information sufficient to form a belief as to the truth of this averment.

5. Paragraph Five of movant's motion is denied. Upon reasonable investigation debtor is without knowledge or information sufficient to form a belief as to the truth of this averment.

6. Paragraph Six of movant's motion is denied and strict proof is demanded at the time of hearing.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief from Automatic Stay.

Respectfully submitted,

/s/ Max Feldman
Max Feldman, Esquire
Attorney for Debtor
1322 Fifth Avenue
Coraopolis, PA  15108
mcfeldman@verizon.net
412.262.6181 – phone
412.262.6344 – fax
PA I.D. No. 56429