PAWB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-23207-JAD |
| WILLIAM J. BORLAK | : | Chapter 7 |
| Debtor | : | |
| | : | |
| Ocwen Loan Servicing, LLC as servicer | : | Hearing: September 13, 2016 |
| For The Bank of New York Mellon | : | at 10:00 am |
| Trust Company, N.A. as successor in | : | |
| Interest to all permitted successors and | : | |
| Assigns of The JPMorgan Chase Bank, | : | |
| as Trustee for Specialty Underwriting and | : | |
| Residential Finance Trust Mortgage Loan | : | |
| Asset-Backed Certificates, Series 2003- | : | |
| BC4 | : | |
| Movant | : | |
| v. | : | |
| | : | |
| WILLIAM BORLAK, Debtor and | : | |
| ROSEMARY CRAWFORD, Chapter 7 Trustee | : | |

**CERTIFICATE OF SERVICE OF RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 19, 2016.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail.

U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

Elizabeth Wassall, Esquire
Udren Law Offices, P.C.
Woodcrest Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, NJ  08003-3620

Rosemary Crawford, Esquire
Crawford McDonald, LLC
PO Box 355
Allison Park, PA  15101

Mr. William Borlak
1349 Fourth Avenue
Coraopolis, PA  15108

EXECUTED ON: 8-19-16

                By:    /s/ Max Feldman
                      Max Feldman, Esquire
                      1322 Fifth Avenue
                      Coraopolis, PA  15108
                      412-262-6181
                      PA. I.D. 56429
                      mcfeldman@verizon.net