# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 15-23207 |
| | ) | |
| WILLIAM J. BORLAK | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Enterprise Bank | ) | |
| | ) | Hearing Date/Time: |
| Movant, | ) | September 27, 2016 at 10:00 A.M. |
| | ) | |
| vs. | ) | Response Deadline: |
| | ) | September 8, 2016 |
| William J. Borlak, Debtor | ) | |
| and Rosemary Crawford, Trustee | ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF ENTERPRISE BANK FOR RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned for Movant a response to the motion no later than **September 8, 2016**, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be scheduled on **September 27, 2016 at 10:00 a.m.** before Judge Deller in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service:     **August 22, 2016**

                         By:    /s/ Joseph A. Fidler
                                  Joseph A. Fidler, Esquire
                                  Pa. I.D #87325
                                  Attorney for Enterprise Bank
                                  4091 Mount Royal Boulevard
                                  Allison Park, PA 15101
                                  (412) 487-8173