PAWB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-23207-JAD |
| WILLIAM J. BORLAK | : | Chapter 7 |
|     Debtor | : | |
| | : | |
| Enterprise Bank, | : | |
| | : | |
|     Movant | : | |
| | : | Hearing Date:  September 27, 2016 at |
| v. | : | 10:00 am |
| | : | |
| WILLIAM BORLAK, Debtor and | : | |
| ROSEMARY CRAWFORD, Chapter 7 Trustee | : | |

**CERTIFICATE OF SERVICE OF RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 30, 2016.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail.

U.S. Trustee  
Liberty Center, Suite 970  
1001 Liberty Avenue  
Pittsburgh, PA  15222

Joseph A. Fidler, Esquire  
4091 Mount Royal Boulevard  
Allison Park, PA  15101

Rosemary Crawford, Esquire  
Crawford McDonald, LLC  
PO Box 355  
Allison Park, PA  15101

Mr. William Borlak  
1349 Fourth Avenue  
Coraopolis, PA  15108

EXECUTED ON: 8-30-16

    By:    /s/ Max Feldman  
           Max Feldman, Esquire  
           1322 Fifth Avenue  
           Coraopolis, PA  15108  
           412-262-6181  
           PA. I.D. 56429  
           mcfeldman@verizon.net