# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** WILLIAM J BORLAK
**Case Number:** 15-23207-JAD     **Chapter:** 7
**Date / Time / Room:** TUESDAY, SEPTEMBER 06, 2016 10:00 AM   COURTROOM D
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** JEFF FURIS
**Reporter / ECR:** N/A

## Matter:

Motion For Relief From Automatic Stay filed by JPMC Specialty Mortgage LLC
- Response Filed 8/4/2016 by Debtor @ Doc. # 105 [Due 8/14/2016]
R / M #: 96 / 0

## Appearances:

CHAPTER 7 TRUSTEE: Rosemary C. Crawford, Esq.
DEBTOR(S): Max C. Feldman, Esq.
CREDITOR(S): Joshua I. Goldman, Esq.
CREDITOR(S):

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
   ___ For At Least ___ Days (Court To Issue Scheduling Order)
   ___ To Hearing Date Of _____ at _____ AM/PM at _____
   ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
   ___ Evidentiary Hearing On Value And Cram-Down Interest
   ___ Complex / Pretrial Order - NONJURY / JURY
   ___ Simple / Pretrial Order - NONJURY / JURY
   ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER: Stipulation approved.

FILED
9/6/16 1:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge