## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| William J Borlak<br>_Debtor_ | CHAPTER 7 |
| JPMC Specialty Mortgage LLC<br>_Movant_<br>vs. | NO. 15-23207 JAD |
| William J Borlak<br>_Debtor_ | |
| Rosemary C. Crawford, Esquire<br>_Trustee_ | 11 U.S.C. Section 362 |

### STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. JPMC Specialty Mortgage LLC (Movant) filed a Motion for Relief from Stay in re: real property located at 730 California Avenue, Pittsburgh, PA 15202 on July 28, 2016, docket entry #96.

2. A hearing regarding Movant's Motion for Relief is scheduled for September 6, 2016 at 10:00AM.

3. Debtor's Counsel has agreed to the entering of the Relief Order sought in Movant's Motion for Relief on the scheduled hearing date under the condition that Relief from the Automatic Stay become effective November 6, 2016 (60 days from the date said Order is entered with the Court).

4. Attorney for Movant has consented to these terms and has agreed not to proceed with its state court rights including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure until November 6, 2016 after the Relief Order has been entered and the 60 day waiting period has expired.

5. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

Date:   September 2, 2016

By:   /s/ Joshua I. Goldman, Esquire
Joshua I. Goldman, Esquire
Attorneys for Movant
KML Law Group, P.C.
Main Number: (215) 627-1322

Date: September 2, 2016

/s/ Max C. Feldman, Esquire
Max C. Feldman Esq.
Attorney for Debtor

Approved by the Court this 6th day of September, 2016. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge Jeffery A. Deller

FILED
9/6/16 1:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William J Borlak  
    Debtor

Case No. 15-23207-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2　　User: mgut　　Page 1 of 1　　Date Rcvd: Sep 06, 2016  
　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2016.
```
db           +William J Borlak,    1349 Fourth Avenue,    Coraopolis, PA 15108-1619
aty          +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2016　　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    JPMC Specialty Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David Neeren    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for
               dneeren@udren.com, vbarber@udren.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for
               vbarber@udren.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Cornell School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Coraopolis jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Avalon jhunt@grblaw.com,  cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
              Jerome B. Blank    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... pawb@fedphe.com
              Joseph A. Fidler    on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com
              Max C. Feldman    on behalf of Debtor William J Borlak mcfeldman@verizon.net
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE
               BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED
               PASS -THROUGH CERTIFICATES, SERIES 2005-R1 pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Peter J. Ashcroft    on behalf of Creditor    Ocwen Loan Servicing, LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
               PA68@ecfcbis.com
              Rosemary C. Crawford     crawfordmcdonald@aol.com,  PA68@ecfcbis.com
              William E. Miller    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE
               BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED
               PASS -THROUGH CERTIFICATES, SERIES 2005-R1 wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    Deutsche Bank National Association, et al., by its
               servicer Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                             TOTAL: 19
```