Form RSC

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 15–23207–JAD**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
William J Borlak
1349 Fourth Avenue
Coraopolis, PA 15108

Social Security No.:
xxx–xx–0486

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Max C. Feldman<br>1322 Fifth Avenue<br>Coraopolis, PA 15108<br>Telephone number:  412–262–6181 | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101<br>Telephone number:  724–443–4757 |

DATE/TIME/LOCATION OF MEETING OF CREDITORS
October 3, 2016
02:00 PM
Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 9/6/16

BY THE COURT

Jeffery A. Deller
Judge

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                    Case No. 15-23207-JAD
William J Borlak                                          Chapter 7
         Debtor
                        CERTIFICATE OF NOTICE
District/off: 0315-2          User: mgut               Page 1 of 2          Date Rcvd: Sep 06, 2016
                              Form ID: rsc             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2016.
db           +William J Borlak,   1349 Fourth Avenue,   Coraopolis, PA 15108-1619
aty          +Joshua I. Goldman,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
               Philadelphia, PA 19106-1541
cr           +Borough of Coraopolis,   1012 Fifth Avenue,   Coraopolis, PA 15108-1804
cr           +Deutsche Bank National Association, et al., by its,   Stern & Eisenberg, PC,
               1581 Main Street, Suite 200,   Warrington, PA 18976-3400
cr            Enterprise Bank,   4091 Mount Royal Boulevard,   Allison Park, PA  15101-2917
cr           +Ocwen Loan Servicing, LLC,   Robertson, Anschutz & Schneid,   6409 Congress Avenue,   Suite 100,
               Boca Raton, FL 33487-2853
14120721      AMERICAN EXPRESS BANK, FSB,   C/O BECKET AND LEE LLP,   POB 3001,   MALVERN, PA 19355-0701
14159493     +Borough of Avalon,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
14159496     +Borough of Coraopolis,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
14159495     +Cornell SD,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
14159488     +County of Allegheny,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
14188652      Deutsche Bank National Trust Company,   c/o Ocwen Loan Servicin, LLC,
               Attn: Bankruptcy Department,   P.O. Box 24605,   West Palm Beach, FL 33416-4605
14203883      Deutsche Bank National Trust Company,   c/o Ocwen Loan Servicing, LLC,
               Attn: Bankruptcy Department,   P.O. Box 24605,   West Palm Beach, FL 33416-4605
14120285     +Enterprise Bank,   c/o Joseph A. Fidler, Esq.,   4091 Mt. Royal Blvd.,
               Allison Park, PA 15101-2917
14122262     +First National Bank of Omaha,   1620 Dodge St., Stop Code 3105,   Omaha, NE 68197-0002
14101745     +JPMC Specialty Mortgage LLC f/k/a WM Spe,   KML Law Group P.C.,
               Suite 5000 - BNY Independence Center,   701 Market Street,   Philadephia, PA 19106-1538
14159491     +Pittsburgh Water & Sewer Authority,   c/o Goehring Rutter & Boehm,
               437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
14188686      The Bank of New York Mellon Trust Company,   c/o Ocwen Loan Servicing, LLC,
               Attn: Bankruptcy Department,   P.O. Box 24605,   West Palm Beach, FL 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 07 2016 01:38:27      Pennsylvania Dept. of Revenue,
               Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
cr            E-mail/PDF: rmscedi@recoverycorp.com Sep 07 2016 01:39:14
               Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
               Miami, FL  33131-1605
14163432     +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 07 2016 01:39:05      Duquesne Light Company,
               c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
14164624      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 07 2016 01:39:28
               LVNV Funding, LLC its successors and assigns as,   assignee of Springleaf Financial,
               Services Of Indiana, Inc.,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC  29603-0587
14167908     +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 07 2016 01:39:28
               PYOD, LLC its successors and assigns as assignee,   of CitiFinancial, Inc.,
               Resurgent Capital Services,   PO Box 19008,   Greenville, SC  29602-9008
14108018      E-mail/PDF: rmscedi@recoverycorp.com Sep 07 2016 01:39:38
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Allegheny County
cr            Borough of Avalon
cr            Cornell School District
cr            Deutsche Bank National Trust Company, As Trustee E
cr            Duquesne Light Company
cr            JPMC Specialty Mortgage LLC
cr            OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE
cr            Ocwen Loan Servicing, LLC as servicer for
cr            Pittsburgh Water & Sewer Authority
                                                                                   TOTALS: 9, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2            User: mgut                    Page 2 of 2                   Date Rcvd: Sep 06, 2016
                                Form ID: rsc                  Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMC Specialty Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David  Neeren    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for
               dneeren@udren.com,  vbarber@udren.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for
               vbarber@udren.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Cornell School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Coraopolis jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Avalon jhunt@grblaw.com,  cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
              Jerome B. Blank    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... pawb@fedphe.com
              Joseph A. Fidler    on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com
              Max C. Feldman    on behalf of Debtor William J Borlak mcfeldman@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Ocwen Loan Servicing, LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Peter J. Ashcroft    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE
               BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED
               PASS -THROUGH CERTIFICATES, SERIES 2005-R1 pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
               PA68@ecfcbis.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
              William E. Miller    on behalf of Creditor    Deutsche Bank National Association, et al., by its
               servicer Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE
               BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED
               PASS -THROUGH CERTIFICATES, SERIES 2005-R1 wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                              TOTAL: 19
```