## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| IN RE: ) | BANKRUPTCY NO. 15-23207-JAD |
| ) | |
| WILLIAM J. BORLAK ) | Chapter 7 |
| ) | |
| Debtor. ) | Document No. |
| ) | |
| Ocwen Loan Servicing, LLC as servicer ) | Hearing: September 13, 2016 |
| For The Bank of New York Mellon ) | at 10:00 am |
| Trust Company, N.A. as successor in ) | |
| Interest to all permitted successors and ) | |
| Assigns of The JPMorgan Chase Bank, ) | |
| as Trustee for Specialty Underwriting and ) | |
| Residential Finance Trust Mortgage Loan ) | |
| Asset-Backed Certificates, Series 2003- ) | |
| BC4 ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| WILLIAM J. BORLAK, Debtor and ) | |
| ROSEMARY CRAWFORD, Chapter 7 ) | |
| TRUSTEE, ) | |
| ) | |
| Respondents. ) | |

### STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. OCWEN Loan Servicing, LLC (Movant) filed a Motion for Relief from Stay in re: real property located at 1356 Fourth Avenue, Coraopolis, PA 15108 on August 17, 2016, docket entry #113.

2. A hearing regarding Movant's Motion for Relief is scheduled for September 13, 2016, at 10:00 am.

3. Debtor's Counsel has agreed to the entering of the Relief Order sought in Movant's Motion for Relief on the scheduled hearing date under the condition that Relief from the Automatic Stay become effective November 13, 2016 (60 days from the date said Order is entered with the Court).

4. Attorney for Movant has consented to these terms and has agreed not to proceed with its state court rights including, but not limited to, taking the property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure until November 13, 2016, after the Relief Order has been entered and the 60 day waiting period has expired.

5. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

Date: 9/12/16

David Neeren, Esquire
Attorney for Movant
UDREN Law Offices, P.C.
Woodcrest Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, NJ  08003
856-669-5400
dneeren@udren.com

Date: 9-12-16

Max Feldman, Esquire
Attorney for Debtor
1322 Fifth Avenue
Coraopolis, PA  15108
412-262-6181
mcfeldman@verizon.net

Approved by the Court this ___ day of _____, 2016. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Jeffrey A. Deller