# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| IN RE: ) | BANKRUPTCY NO. 15-23207-JAD |
| ) | |
| WILLIAM J. BORLAK ) | Chapter 7 |
| ) | |
| Debtor. ) | Document No. 131 |
| ) | |
| Ocwen Loan Servicing, LLC as servicer ) | Hearing: September 13, 2016 |
| For The Bank of New York Mellon ) | at 10:00 am |
| Trust Company, N.A. as successor in ) | |
| Interest to all permitted successors and ) | |
| Assigns of The JPMorgan Chase Bank, ) | |
| as Trustee for Specialty Underwriting and ) | Related To Doc. # 113 |
| Residential Finance Trust Mortgage Loan ) | |
| Asset-Backed Certificates, Series 2003- ) | |
| BC4 ) | |
|           Movant ) | |
| ) | |
|           vs. ) | |
| ) | |
| WILLIAM J. BORLAK, Debtor and ) | |
| ROSEMARY CRAWFORD, Chapter 7 ) | |
| TRUSTEE, ) | |
| ) | |
|           Respondents. ) | |

## STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. OCWEN Loan Servicing, LLC (Movant) filed a Motion for Relief from Stay in re: real property located at 1356 Fourth Avenue, Coraopolis, PA 15108 on August 17, 2016, docket entry #113.

2. A hearing regarding Movant's Motion for Relief is scheduled for September 13, 2016, at 10:00 am.

3. Debtor's Counsel has agreed to the entering of the Relief Order sought in Movant's Motion for Relief on the scheduled hearing date under the condition that Relief from the Automatic Stay become effective November 13, 2016 (60 days from the date said Order is entered with the Court).

4. Attorney for Movant has consented to these terms and has agreed not to proceed with its state court rights including, but not limited to, taking the property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure until November 13, 2016, after the Relief Order has been entered and the 60 day waiting period has expired.

5. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

Date: 9/13/16

David Neeren, Esquire
Attorney for Movant
UDREN Law Offices, P.C.
Woodcrest Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, NJ 08003
856-669-5400
dneeren@udren.com

Date: 9-12-16

Max Feldman, Esquire
Attorney for Debtor
1322 Fifth Avenue
Coraopolis, PA 15108
412-262-6181
mcfeldman@verizon.net

Approved by the Court this 12th day of September, 2016. However, the court retains discretion regarding entry of any further order.

/s/ jsf
Bankruptcy Judge
/Jeffrey/A./Deller/ Jeffery A. Deller

FILED
9/12/16 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-23207-JAD
William J Borlak                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: jbre            Page 1 of 1         Date Rcvd: Sep 12, 2016
                        Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2016.
db             +William J Borlak,    1349 Fourth Avenue,    Coraopolis, PA 15108-1619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2016 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    JPMC Specialty Mortgage LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      David Neeren    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for dneeren@udren.com, vbarber@udren.com
      Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for vbarber@udren.com
      Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Cornell School District jhunt@grblaw.com, cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Borough of Coraopolis jhunt@grblaw.com, cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Borough of Avalon jhunt@grblaw.com, cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
      Jerome B. Blank    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et Al... pawb@fedphe.com
      Joseph A. Fidler    on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com
      Max C. Feldman    on behalf of Debtor William J Borlak mcfeldman@verizon.net
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS -THROUGH CERTIFICATES, SERIES 2005-R1 pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
      Peter J. Ashcroft    on behalf of Creditor    Ocwen Loan Servicing, LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
      Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
      Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com, PA68@ecfcbis.com
      William E. Miller    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS -THROUGH CERTIFICATES, SERIES 2005-R1 wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
      William E. Miller    on behalf of Creditor    Deutsche Bank National Association, et al., by its servicer Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                                      TOTAL: 19