### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 15-23207 |
| | ) | |
| WILLIAM J. BORLAK | ) | |
| | ) | CHAPTER 7 |
| Debtor, | ) | |
| _____ | ) | _____ |
| Enterprise Bank | ) | |
| | ) | Hearing Date/Time: |
| Movant, | ) | September 27, 2016 at 10:00 A.M. |
| | ) | |
| vs. | ) | Response Deadline: |
| | ) | September 8, 2016 |
| William J. Borlak, Debtor | ) | |
| and Rosemary Crawford, Trustee | ) | Related to Doc. #119 |
| | ) | |
| Respondents. | ) | |

**AMENDED ORDER OF COURT**

AND NOW, this <u>23rd</u> day of <u>September</u>, 2016, upon consideration of the Motion for Relief from the Automatic Stay on behalf of Enterprise Bank ("<u>Movant</u>"), it is hereby ORDERED, ADJUDGED and DECREED that the automatic stay is hereby terminated as it affects the interests of Movant in the real property and improvements thereon commonly known as 1349 4th Avenue, Coraopolis, PA 15108 ("Mortgaged Premises"). Notwithstanding the foregoing, the effectiveness of this Order is stayed until November 27, 2016.

It is further ORDERED, ADJUDGED and DECREED that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another Chapter.



BY THE COURT:

Jeffery A. Deller
U.S. Bankruptcy Judge

Page | 1

Agreed to this <u>22nd</u> day of September, 2016:

/s/__Joseph A. Fidler_____
Joseph A. Fidler, Esq.
Attorney for Movant

/s/_Max Feldman_____
Max Feldman, Esq.
Attorney for Debtor

FILED
9/23/16 3:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Page | 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                        Case No. 15-23207-JAD
William J Borlak                                              Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1          Date Rcvd: Sep 23, 2016
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2016.
db           +William J Borlak,   1349 Fourth Avenue,   Coraopolis, PA 15108-1619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMC Specialty Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David Neeren    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for
               dneeren@udren.com,   vbarber@udren.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for
               vbarber@udren.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Cornell School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Coraopolis jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Avalon jhunt@grblaw.com,   cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Jerome B. Blank    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... pawb@fedphe.com
              Joseph A. Fidler    on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com
              Joshua I. Goldman    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
              Max C. Feldman    on behalf of Debtor William J Borlak mcfeldman@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE
               BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED
               PASS -THROUGH CERTIFICATES, SERIES 2005-R1 pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Peter J. Ashcroft    on behalf of Creditor    Ocwen Loan Servicing, LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com,   PA68@ecfcbis.com
              Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
               PA68@ecfcbis.com
              William E. Miller    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE
               BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED
               PASS -THROUGH CERTIFICATES, SERIES 2005-R1 wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    Deutsche Bank National Association, et al., by its
               servicer Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                             TOTAL: 20