IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-23207-JAD |
| WILLIAM J. BORLAK | : | Chapter 7 |
| Debtor | : | |
| | : | Hearing Date: November 15, 2016 at 10:00 am |
| | : | |
| | : | |

**RESPONSE TO RULE TO SHOW CAUSE HEARING**

Now comes the Debtor, William J. Borlak, and offers the following response to the Order of Court dated October 18, 2016, scheduling a Rule to Show Cause Hearing:

1. A hearing was held on June 29, 2016, pursuant to Motion for Conversion or Dismissal filed on behalf of Enterprise Bank. Debtor requested additional time at the hearing to make the Chapter 13 work and a contested hearing was scheduled for August 10, 2016, at 9:00 am. A few days later, the Court entered an Order dated July 5, 2016, instead converting the Chapter 13 case to a Chapter 7 case.

2. Debtor believes the conversion of the case from Chapter 13 to Chapter 7 was a clerical error.

3. Debtor requests that this case be reconverted to a Chapter 13 or that his case be dismissed.

WHEREFORE, Debtor respectfully requests this Honorable Court to reconvert this case to a Chapter 13 or dismiss his case.

Date: 11-7-2016                Respectfully submitted,

/s/ Max Feldman
Max Feldman, Esquire
Attorney for Debtor
1322 Fifth Avenue
Coraopolis, PA  15108
mcfeldman@verizon.net
412.262.6181 – phone
412.262.6344 – fax
PA I.D. No. 56429