PAWB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-23207-JAD |
| WILLIAM J. BORLAK | : | Chapter 7 |
| Debtor | : | |
| | : | Hearing Date:  November 15, 2016 at 10:00 am |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE OF RESPONSE TO RULE TO SHOW CAUSE HEARING**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 7, 2016.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail.

U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

Joseph A. Fidler, Esquire
4091 Mount Royal Boulevard
Allison Park, PA  15101

Rosemary Crawford, Esquire
Crawford McDonald, LLC
PO Box 355
Allison Park, PA  15101

Mr. William Borlak
1349 Fourth Avenue
Coraopolis, PA  15108

EXECUTED ON: 11-7-2016

By:   /s/ Max Feldman
Max Feldman, Esquire
1322 Fifth Avenue
Coraopolis, PA  15108
412-262-6181
PA. I.D. 56429
mcfeldman@verizon.net