# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

|  |  |
|---|---|
| Debtor: | WILLIAM J BORLAK |
| Case Number: | 15-23207-JAD    Chapter: 7 |
| Date / Time / Room: | TUESDAY, NOVEMBER 15, 2016 10:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | JEFF FURIS |
| Reporter / ECR: | N/A |

## Matter:

Rule To Show Cause To Determine Why Case Should Not Be Dismissed For Debtors' Failure To Attend Scheduled §341 Meetings of Creditors
- Response Filed by Debtor on 11/7/2016 at Doc. # 146  [Due 11/8/2016]
R / M #:  0 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  Rosemary C. Crawford, Esq.
DEBTOR(S):  Max C. Feldman, Esq.
CREDITOR(S):
CREDITOR(S):

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
    _____ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order - NONJURY  /  JURY
    _____ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
  ✓  OTHER: *Dismiss w/o prejudice.*

- o.e 11/15/2016 dismissing case without prejudice

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
11/15/16 10:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA