IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

N

IN RE:

WILLIAM J. BORLAK,                              :    Bankruptcy No. **15-23207JAD**
                                                :
                                                :
                                                :    Issued Per The 11/15/2016
                                                :    Proceeding
                                                :
               **Debtor(s)**                    :    **Chapter 7**

## ORDER DISMISSING CASE WITHOUT PREJUDICE

**AND NOW,** this **15th** day of **November, 2016, IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor(s) remain legally liable for all of his/her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

JEFFREY A. DELLER    jsf
U.S. Bankruptcy Judge

cm: **All Creditors And All Parties In Interest**

FILED
11/15/16 10:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00019709

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                            Case No. 15-23207-JAD
William J Borlak                                                  Chapter 7
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0315-2         User: mgut                 Page 1 of 2             Date Rcvd: Nov 15, 2016
                             Form ID: pdf900            Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2016.
db            +William J Borlak,    1349 Fourth Avenue,    Coraopolis, PA 15108-1619
cr            +Borough of Coraopolis,    1012 Fifth Avenue,    Coraopolis, PA 15108-1804
cr            +Deutsche Bank National Association, et al., by its,    Stern & Eisenberg, PC,
                1581 Main Street, Suite 200,   Warrington, PA 18976-3400
cr             Enterprise Bank,    4091 Mount Royal Boulevard,    Allison Park, PA  15101-2917
cr            +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid,    6409 Congress Avenue,   Suite 100,
                Boca Raton, FL 33487-2853
14120721       AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    POB 3001,   MALVERN, PA 19355-0701
14159493      +Borough of Avalon,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                Pittsburgh, PA 15219-6101
14159496      +Borough of Coraopolis,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                Pittsburgh, PA 15219-6101
14159495      +Cornell SD,   c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                Pittsburgh, PA 15219-6101
14159488      +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                Pittsburgh, PA 15219-6101
14188652       Deutsche Bank National Trust Company,    c/o Ocwen Loan Servicin, LLC,
                Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
14203883       Deutsche Bank National Trust Company,    c/o Ocwen Loan Servicing, LLC,
                Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
14120285      +Enterprise Bank,    c/o Joseph A. Fidler, Esq.,    4091 Mt. Royal Blvd.,
                Allison Park, PA 15101-2917
14122262      +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
14101745      +JPMC Specialty Mortgage LLC f/k/a WM Spe,    KML Law Group P.C.,
                Suite 5000 - BNY Independence Center,    701 Market Street,    Philadephia, PA 19106-1538
14159491      +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
14188686       The Bank of New York Mellon Trust Company,    c/o Ocwen Loan Servicing, LLC,
                Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2016 02:13:56
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
               Miami, FL  33131-1605
14163432      +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Nov 16 2016 02:17:34      Duquesne Light Company,
               c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
14164624       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2016 02:13:39
               LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
               Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
14167908      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2016 02:13:36
               PYOD, LLC its successors and assigns as assignee,    of CitiFinancial, Inc.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14108018       E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2016 02:13:12
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Allegheny County
cr            Borough of Avalon
cr            Cornell School District
cr            Deutsche Bank National Trust Company, As Trustee E
cr            Duquesne Light Company
cr            JPMC Specialty Mortgage LLC
cr            OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE
cr            Ocwen Loan Servicing, LLC as servicer for
cr            Pittsburgh Water & Sewer Authority
                                                                                              TOTALS: 9, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2              User: mgut                    Page 2 of 2                  Date Rcvd: Nov 15, 2016
                                  Form ID: pdf900               Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMC Specialty Mortgage LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          David  Neeren    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for
           dneeren@udren.com,  vbarber@udren.com
          Elizabeth Lamont Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for
           vbarber@udren.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Cornell School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Coraopolis jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Avalon jhunt@grblaw.com,  cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Jerome B. Blank    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
           Al... pawb@fedphe.com
          Joseph A. Fidler    on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com
          Joshua I. Goldman    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
          Max C. Feldman    on behalf of Debtor William J Borlak mcfeldman@verizon.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Ocwen Loan Servicing, LLC pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Peter J. Ashcroft    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE
           BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED
           PASS -THROUGH CERTIFICATES, SERIES 2005-R1 pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
           PA68@ecfcbis.com
          Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
          William E. Miller    on behalf of Creditor    Deutsche Bank National Association, et al., by its
           servicer Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE
           BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED
           PASS -THROUGH CERTIFICATES, SERIES 2005-R1 wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                             TOTAL: 20
```